## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

SCIENTIA ENERGY, INC.,                               Civil No. 11-0554 (JRT/LIB)

                Plaintiff,

v.                                                          **ORDER ADOPTING REPORT
                                                              AND RECOMMENDATION**

VINCO, INC.,

                Defendant.

_____

    Stephen Rufer, **PEMBERTON SORLIE RUFER & KERSHNER,** Post Office Box 866, Fergus Falls, MN 56538, for plaintiff.

    Curtis Smith, **MOSS & BARNETT, PA,** 90 South Seventh Street, Suite 4800, Minneapolis, MN 55402, for defendant

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Leo I. Brisbois, dated July 5, 2011 [Docket No. 21]. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [Docket No. 6] be **GRANTED IN PART**.

Dated: July 26, 2011
at Minneapolis, Minnesota                                  s/ John R. Tunheim
                                                           JOHN R. TUNHEIM
                                                           United States District Judge